**FILED**
CLERK, U.S. DISTRICT COURT

08/23/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br> Plaintiff, )<br><br> v. )<br><br>Cesar Jose Cachon, )<br><br> Defendant. )<br>_____ ) | Case No.: 2:17-CR-00376-GW<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_____ District of _California_____ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)  information in the Pretrial Services Report and Recommendation

    (×)  information in the violation petition and report(s)

    (×)  the defendant's nonobjection to detention at this time

    ( )  other: _____

1

1  and/ or

2  B. (✕)    The defendant has not met his/her burden of establishing by clear and

3  convincing evidence that he/she is not likely to pose a danger to the safety

4  of any other person or the community if released under 18 U.S.C.

5  § 3142(b) or (c).  This finding is based on the following:

6  (✕)    information in the Pretrial Services Report and Recommendation

7  (✕)    information in the violation petition and report(s)

8  (✕)    the defendant's nonobjection to detention at this time

9  (  )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: August 23, 2022

15  _____
   KENLY KIYA KATO
   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28